UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| BRIAN NAPIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00078-RLY-DML |
| | ) | |
| CRUISIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## Report and Recommendation to Dismiss Complaint without Prejudice

On January 22, 2019, the court issued an order to show cause to the plaintiff (Dkt. 8). Plaintiff was ordered to show cause, in a writing filed with this court no later than February 14, 2019, why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff did not respond to the order to show cause or take any other action to prosecute the case.

Because of plaintiff's failure to comply with the court's order, the Magistrate Judge recommends to the District Judge that his complaint be DISMISSED WITHOUT PREJUDICE.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 3/1/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system